IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CAROLINE STRANGE,

       Appellant,

v.

BMS HOLDINGS, LLC,

       Appellee.

Case No.  5D21-2879
LT Case No. 2021-CC-012614-O

_____/

Decision filed May 31, 2022

Appeal from the County Court
for Orange County,
Carly S. Wish, Judge.

Michael Koch, of Community
Legal Services of Mid-Florida,
Inc., DeLand, for Appellant.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

TRAVER, NARDELLA and WOZNIAK, JJ., concur.